**UNITED STATES** *versus* **JOSIAH S. BALDWIN.**

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Motion for rule to show cause against attachment *p. 47; (2) attorney appointed, continued *p. 99; (3) judgment reversed *p. 117.
PAPERS IN FILE: (1) Affidavit and petition for writ of error, allocatur; (2) precipe for writ of error; (3) bond to prosecute writ of error; (4) writ of error and transcript of record; (5) appearance; (6) assignment of errors; (7) joinder in error.
*1824–36 Calendar*, MS p. 77.

**JOHN REED** *versus* **JOHN MANUEL, ADNA MERRITT,** AND

**ROBERT ABBOTT.**

JOURNAL ENTRIES (1825–31): *Journal 4:* (1) Writ of injunction allowed *p. 54; (2) motion to dissolve injunction, continued *p. 76; (3) continued *p. 115; (4) subpoena ordered issued *p. 167; (5) continued *p. 174; (6) solicitor's name stricken *p. 222; (7) subpoena ordered issued *p. 263; (8) continued *p. 286; (9) continued *p. 366; (10) motion to take bill as confessed and to make injunction perpetual *p. 439; (11) bill taken as confessed, injunction made perpetual *p. 442; (12) motion to set aside order taking bill as confessed *p. 447.
PAPERS IN FILE: [None]
*Chancery Case 69 of 1825.*

**ZEPHANIAH W. BUNCE** *versus* **ROBERT SMART** AND **OLIVER W. MILLER.**

JOURNAL ENTRIES (1825): *Journal 4:* (1) Motion for extension of time to plead, answer, or demur *p. 54; (2) motion to expunge or overrule demurrer *p. 67; (3) time given to plead, answer, or demur; motion to set demurrer for argument; continued *p. 75; (4) continuance rescinded, dismissed *p. 76.
PAPERS IN FILE: (1) Bill of complaint; (2) writ of subpoena and return; (3) demurrer; (4) amended and supplemental bill; (5) motion for extension of time to plead, answer, or demur; (6) precipe for subpoena; (7) motion for injunction and for receiver; (8) motion to expunge or overrule demurrer; (9) notice of motion to expunge or overrule demurrer; (10) writ of subpoena and return.
*Chancery Case 64 of 1825.*